**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:18-CR-74 (MTT)** |
| | ) | |
| **RONNIE LEE HUGHES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Defendant Ronnie Lee Hughes was indicted on December 12, 2018 and had his arraignment in this Court on January 14, 2019.  Docs. 1; 9.  One prior continuance has been granted at the request of the Defendant.  Doc. 17.  Since granting that continuance, the parties have filed nine motions, and five remain pending.  Docs. 22; 24; 26; 28; 29; 30; 38; 42; 43.  Most significantly, the Defendant filed on May 2, 2019 a motion to suppress (Doc. 30), and during the May 8, 2019 pretrial conference, the Defendant made an oral motion to exclude newly discovered evidence (Doc. 45).  As a result, the Court announced during the pretrial conference that the case would be continued.  Doc. 45.  No party objected.  *Id.*

Pursuant to 18 U.S.C. § 3161(h)(1)(D) and § 3161(h)(1)(H), the Court finds the ends of justice served by continuing this trial outweigh the best interests of the public and the Defendant to a speedy trial.  Accordingly, the case is continued until **July 15, 2019**.[1]  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq*.

**SO ORDERED**, this 13th day of May, 2019.

---

[1] The Government's motion to continue (Doc. 22) is **DENIED as moot**.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT